UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DR. ERICA MITCHELL,

                Plaintiff(s),

Case No.: 3:18-cv-01982-BR

v.

OREGON HEALTH AND SCIENCES ET AL

                Defendant(s).

### Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: May 16, 2019.

| | |
|---:|:---|
| Signature: | s/ John B. Dudrey |
| Name and Bar Number: | John B. Dudrey, OSB No. 083085 |
| E-mail Address: | john.dudrey@stoel.com |
| Firm Name: | Stoel Rives LLP |
| Mailing Address: | 760 SW 9th Avenue, Suite 3000 |
| City, State, Zip: | Portland, OR 97205 |
| Attorney for: | Defendants |

cc: Counsel of Record

[Rev. 01/2018]