Craig A. Crispin, OSB No. 824852
crispin@employmentlaw-nw.com
Rebecca Cambreleng, OSB № 133209
rebecca@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAW PC**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone:  503-293-5770
Fax:  503-293-5766
     Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DR. ERICA MITCHELL,** | Case No. 3:18-cv-01982-BR |
| Plaintiff, | |
| v. | |
| **OREGON HEALTH and SCIENCES UNIVERSITY**, an Oregon Public Corporation **JOHN HUNTER, MD** and individual, **GREG MONETA, MD**, an individual and **KENNETH AZAROW, MD**, an individual, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Defendants. . | |

Pursuant to Fed. R. Civ. P.  41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of

this action in its entirety with prejudice and without an award of fees or costs to either party.

    //

    //

    //

SO STIPULATED ON April 27, 2020.

CRISPIN EMPLOYMENT LAW, PC                     STOEL RIVES LLP

By: s/Rebecca Cambreleng                        By: s/ John B. Dudrey
    Rebecca Cambreleng, OSB № 133209               Amy Joseph Pederson, OSB No. 853958
    rebecca@employmentlaw-nw.com                    amy.joseph.pederson@stoel.com
    Craig A. Crispin, OSB No. 82485                 John B Dudrey, OSB No. 083085
    crispin@employmentlaw-nw.com                    john.dudrey@stoel.com
    Of Attorneys for Plaintiff Mitchell             Alisha L. Kormondy, OSB No. 173916
                                                    alisha.kormondy@stoel.com
                                                    Attorneys for Defendants

Based upon the stipulation of the parties, it is hereby ORDERED that this case be dismissed

with prejudice, and each party to bear its own attorneys' fees and costs.

        Dated: April 28         , 2020.

                        /s/ Anna J. Brown
        _____
            **UNITED STATES SENIOR DISTRICT JUDGE ANNA BROWN**

CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770

## CERTIFICATE OF SERVICE

I certify that on April 27, 2020, I served the foregoing **STIPULATED JUDGMENT**

**OF DISMISSAL WITH PREJUDICE** upon the following attorneys and designated recipients

for defendants via electronic means throught the Court's ECF filing system:

Amy Joseph Pederson, OSB No. 853958
amy.joseph.pederson@stoel.com
John B Dudrey, OSB No. 083085
john.dudrey@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
Stoel Rives LLP
760 SW Ninth Ave, Ste. 3000
Portland, OR 97205
Attorneys for Defendants


DATED: APRIL 27, 2020


CRISPIN EMPLOYMENT LAW PC


By: s/ Maxwell Joyner
    Maxwell Joyner, Paralegal